UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD RAY,<br><br>        Plaintiff,<br><br>  v.<br><br>JOHN DEFFENBAUGH, et al.,<br><br>        Defendants.<br>_____/ | No. C 12-5001 YGR (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983 alleging violations of his constitutional rights while held at Solano State Prison in Vacaville, California, which lies in Solano County. A substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in Solano County, which lies within the venue of the Eastern District of California. *See* 28 U.S.C . § 84(b). Venue therefore properly lies in the Eastern District. *See id*. § 1391(b). Accordingly, in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED**.

DATED: December 5, 2012

                                                        **YVONNE GONZALEZ ROGERS**
                                                        **UNITED STATES DISTRICT COURT JUDGE**